|   |   |
|---|---|
| 1 | LELAND LAW |
|   | 7200 Greenleaf Avenue, Suite 170A |
| 2 | Whittier, CA 90602 |
| 3 | Telephone: (562) 904-6955 |
|   | Facsimile:  (562) 632-1301 |
| 4 | MOSELLE C. LELAND BOHORQUEZ, CSBN 268272 |
| 5 | E-mail: tracey@disabilitylawfirm.com |
| 6 | Attorneys for Plaintiff |
|   | E. MARTIN ESTRADA |
| 7 | United States Attorney |
| 8 | DAVID M. HARRIS |
|   | Assistant United States Attorney |
| 9 | Chief, Civil Division |
| 10 | CEDINA M. KIM |
|   | Assistant United States Attorney |
| 11 | Senior Trial Attorney, Civil Division |
| 12 | JENNIFER LEE TARN, CSBN 240609 |
| 13 | Special Assistant United States Attorney |
|   | Office of the General Counsel |
| 14 | Social Security Administration |
| 15 | 6401 Security Boulevard |
|   | Baltimore, MD 21235 |
| 16 | Telephone: (510) 970-4861 |
| 17 | Email: Jennifer.Tarn@ssa.gov |
| 18 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DVISION

| ANTHONY R. FRISBIE, | ) Case No. 5:24-cv-00337-PVC |
|---|---|
| Plaintiff, | ) |
|  | ) ORDER AWARDING EQUAL |
| v. | ) ACCESS TO JUSTICE ACT |
| MARTIN O'MALLEY, | ) ATTORNEY FEES PURSUANT TO |
| Commissioner of Social Security, | ) 28 U.S.C. § 2412(d) |
|  | ) |
| Defendant. | ) |

1  Based upon the parties' Stipulation for the Award and Payment of Equal
2  Access to Justice Act Fees, IT IS ORDERED that fees in the amount of ONE
3  THOUSAND and THIRTY-NINE DOLLARS and 64cents [$1,039.64], as
4  authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the
5  Stipulation.

Dated:  June 27, 2024

_____
HON.  PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

1